Case 3:11-cv-01368-EMK -LQ   Document 25   Filed 12/23/11   Page 1 of 3

FILED
SCRANTON
DEC 23 2011
PER_____
DEPUTY CLERK

Timothy Dockery v. Wentzel, et al.
Civil Action No. 3:11-cv-1368

December 21, 2011

Judge Kosik,

Before submitting formal complaint to the United States Court of Appeals for the Third Circuit I hope that you'll resolve this matter immediately in the interest of justice.

On September 14, 2011 I filed a preliminary injunction and temporary restraining order regarding several staff here at SCI-Frackville tampering with my food by putting an unknown substance in my food causing me to become sick and experience different symptoms that may lead to irreparable damage to my health as explained in my motion for preliminary injunction which you seem to not have taken serious. It's been over 3 months since I filed my motion and as of this letter I have not had a hearing in this matter in accordance with Rule 65 FRCP and the tampering with my food continues and my condition is worsening.

I ask you to please atleast order that my blood be tested by an independant lab not used or contracted by the DOC. Please expidite this order unexpectedly as to not put the defendants on notice to try an cover their criminal acts.

※ I am writing this letter of sound mind... ※

Cc: Theodore A. McKee, Chief Judge
    Marcia M. Waldron, Clerk
    U.S. Court of Appeals

*JUDGE KOSIK,*
*I DONT KNOW IF YOU'RE FAMILIAR W/ THESE LATEST ABUSES PLEASE READ*

**From:** GKHeller@aol.com [mailto:GKHeller@aol.com]
**Sent:** Friday, December 02, 2011 1:43 PM
**To:** judith@sagewriters.org
**Subject:** Pennsylvania Prisoner Abuse Scandal Triggers Federal Probe

**Judith -- Hope you're healing fast and painlessly, or as close as you can get.**

**I'm sure you know all about this--and much, much more. Thought I'd pass it along anyway. So, whassup with PA? First Penn State (my alma mater), now this. At least *some* light is being shed ...**

# Pennsylvania Prisoner Abuse Scandal Triggers Federal Probe



First Posted: 12/ 1/11 07:38 PM ET Updated: 12/ 2/11 12:12 AM ET

By John Rudolph, _____

A Pennsylvania state prison where a group of corrections officers stand accused of tormenting and brutalizing inmates will face a federal civil investigation into alleged systematic civil rights abuses, the Justice Department said Thursday.

Seven guards from State Correctional Institution Pittsburgh, a medium-security facility, have been arrested since September and face state criminal charges including rape, assault, witness intimidation and official oppression. The most serious charges were brought against Harry Nicoletti, 59, a guard indicted on 92 felony and misdemeanor counts, including 10 counts of institutional rape.

An investigator's report from the Allegheny County district attorney's office details pervasive and unchecked abuse of prisoners by Nicoletti, who allegedly targeted gay or transsexual inmates and those convicted of sex offenses against children. The other guards are charged with assaulting inmates and using intimidation to keep the abuse secret.

TIMOTHY DOCKERY (BK-8987)
1111 ALTAMONT BOULEVARD
FRACKVILLE, PA. 17931

INMATE MAIL
PA DEPT OF
CORRECTIONS

C/O JUDGE EDWIN KOSIK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & US COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA. 18501-1148

RECEIVED
SCRANTON
DEC 29 2011
PER _____
MARY E. D'ANDREA, CLERK

First Class Mail
US Postage $00.44
ZIP 17932